KARLEN COMMUNICATIONS, INC. v. TOWN OF STOWE and Stowe Zoning Board of Adjustment, No. 298-79

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.

STATE of Vermont v. Leland A. YOUNG, No. 322-79

July 25, 1980. Appellant's motion for partial remand is granted for the limited purpose of vacating the stay of execution in Docket No. 87-79-OsCr and placing the appellant in execution in accordance with appellant's request.

Adam MASLACK v. TOWN OF POULTNEY, No. 329-79

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.

Glenn M. THOMPSON v. Sarah Lieberman THOMPSON, No. 416-79

July 25, 1980. Appeal dismissed for failure to enter appearance of counsel or appearance pro se.

June CADEL v. SHERBURNE CORPORATION, No. 438-79

July 25, 1980. Motion for clarification and request for hearing is denied.
Hill, J.

Michael A. YASHKO v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 7-80

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.

Andrew VINCENT v. DECATO MOTOR SALES, INC., Decato Brothers, Inc. and International Harvester Credit Corp., No. 106-80

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.

Elsie D. GRAZIANO v. Anthony A. GRAZIANO, No. 142-80

July 25, 1980. Motion to extend time under order is denied. See V.R.A.P. 8(a). See also V.R.C.P. 62(a) & (e).
Hill, J.